# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEREMIAH WILLIAMS**     **PLAINTIFF**
**#00230-098**

v.     No. 4:21-cv-902-DPM

**JOHN STALEY, Sheriff,**
**Lonoke County and KRISTI**
**FLUD, Jail Administrator,**
**Lonoke County**     **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Williams hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021